JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REYNE JESICA SUPIT,

Petitioner,

v.

WARDEN, ETC., ET AL.,

Respondents.

No. ED CV 26-5154-KK(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 8, 2026

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE